Jeffrey T. Bolson (State Bar No. 99,139)
**HAHN & BOLSON, LLP**
21250 Hawthorne Boulevard
  Suite 500
Torrance, California 90503
Telephone:  310.792.7406
Facsimile:   310.792.7407
e-mail: jbolson@hahnbolsonllp.com

Attorneys for Plaintiff/Counter-Defendant,
**KIWI II CONSTRUCTION COMPANY, INC.**

Closed.

FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIWI II CONSTRUCTION COMPANY, INC., a California corporation<br><br>  Plaintiff,<br><br>vs.<br><br>MOUNT HAWLEY INSURANCE COMPANY, a California Corporation; JAMES RIVER INSURANCE COMPANY, a California corporation and DOES 1 through 100, inclusive<br><br>  Defendants. | Case No.  ED CV 11-0063 VAP (OPx)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE (Fed.R.Civ.P.  41(a)(1)(A)(ii) and (c) |

Having considered the Stipulation of Counsel and GOOD CAUSE APPEARING THEREFOR, the above-captioned action is hereby DISMISSED WITHOUT PREJUDICE, with each of the Parties to bear their own fees and costs associated with this litigation only.

DATED: August 10, 2010

_____
UNITED STATES DISTRICT JUDGE